UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:98-CR-22-1-F1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| KEITH LAMONT RICHARDSON, | ) | |
| Defendant. | ) | |

The defendant's Motion to Clarify or Revise Presentence Report [DE-42] is DENIED. As suggested by the DAP notification sheet he attached to his motion, he "may seek documentation from a probation officer, a parole officer, a social services professional, etc., who has information that verifies [his] problem with illegal or illicit substances." The documentation he seeks for gaining acceptance into the Residential Drug Abuse Program is not available from this court.

SO ORDERED.

This the 22nd day of June, 2010.

JAMES C. FOX
Senior United States District Judge